# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 05-144(1) (DWF/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Clyde Scott Thompson, | |
| Defendant. | |

Lisagaye A. Biersay, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Scott F. Tilsen, Assistant Federal Public Defender, Federal Public Defender's Office, counsel for Defendant.

---

This matter is before the Court upon Defendant's objections to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated July 1, 2005, recommending that: (1) Defendant Clyde Scott Thompson's motion to suppress evidence obtained as a result of search and seizure be denied; (2) Defendant Clyde Scott Thompson's motion to suppress statements, admissions, and answers be denied; (3) Defendant Clyde Scott Thompson's motion to dismiss indictment counts be denied; and (4) Defendant Clyde Scott Thompson's motion to dismiss for statutory speedy trial violation be denied.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Defendant Clyde Scott Thompson's objections (Doc. No. 39) to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated July 1, 2005, are **DENIED**.

2. Magistrate Judge Janie S. Mayeron's Report and Recommendation dated July 1, 2005 (Doc. No. 36), is **ADOPTED**.

3. Defendant Clyde Scott Thompson's motion to suppress evidence obtained as a result of search and seizure (Doc. No. 22) is **DENIED**.

4. Defendant Clyde Scott Thompson's motion to suppress statements, admissions, and answers (Doc. No. 24) is **DENIED**.

5. Defendant Clyde Scott Thompson's motion to dismiss indictment counts (Doc. No. 26) is **DENIED**.

6. Defendant Clyde Scott Thompson's motion to dismiss for statutory speedy trial violation (Doc. No. 29) is **DENIED**.

Dated: July 19, 2005         s/Donovan W. Frank
                             DONOVAN W. FRANK
                             Judge of United States District Court